# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| MOHSEN MAHDAWI,<br><br>                    Petitioner,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PATRICIA HYDE, in her official capacity as Acting Field Office Director; Vermont Sub-Office Director of Immigration and Customs Enforcement; TODD M. LYONS, in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; MARCO RUBIO, in his official capacity as Secretary of State; and PAMELA BONDI, in her official capacity as Attorney General of the United States,<br><br>                    Respondents. | No. 2:25-cv-389 |

## RESPONDENTS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that all named Respondents hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's Orders of April 24, 2025 (ECF No. 34, extending the temporary restraining order) and of April 30, 2025 (ECF No. 54, accepting jurisdiction, ordering Petitioner's release under *Mapp v. Reno*, and denying motion for stay pending appeal).

Respectfully submitted,

Dated: April 30, 2025        By:    */s/ Michael P. Drescher*
                                                        Michael P. Drescher
                                                        Acting United States Attorney
                                                        District of Vermont

APPEAL,HABEAS

# U.S. District Court
## District of Vermont (Burlington)
## CIVIL DOCKET FOR CASE #: 2:25–cv–00389–gwc

| | |
|---|---|
| Mahdawi v. Trump et al<br>Assigned to: District Judge Geoffrey W. Crawford<br>Cause: 8:1105(a) Aliens: Habeas Corpus to Release INS Detainee | Date Filed: 04/14/2025<br>Jury Demand: None<br>Nature of Suit: 463 Habeas Corpus – Alien Detainee<br>Jurisdiction: U.S. Government Defendant |

**Petitioner**

**Mohsen Mahdawi**  represented by  **Brett M. Kaufman , Esq.**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212–549–2603
Fax: 212–995–4031
Email: bkaufman@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Matthew Hauss , Esq.**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212–549–2500
Email: bhauss@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cyrus D. Mehta , Esq.**
Cyrus D. Mehta & Partners PLLC
One Battery Park Plaza, 9th Floor
New York, NY 10004
212–425–0555
Email: cm@cyrusmehta.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Isaacson , Esq.**
Cyrus D. Mehta & Partners PLLC
One Battery Park Plaza, 9th Floor
New York, NY 10004
212–425–0555
Fax: 212–425–3282
Email: disaacson@cyrusmehta.com
*ATTORNEY TO BE NOTICED*

**Esha Bhandari , Esq.**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212–549–2500
Email: ebhandari@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hillary A. Rich , Esq.**
ACLU Foundation of Vermont

P.O. Box 277
Montpelier, VT 05601–0277
315–521–9231
Email: hrich@acluvt.org
*ATTORNEY TO BE NOTICED*

**Lia N. Ernst , Esq.**
ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601–0277
(802) 223–6304
Fax: (802) 223–6304
Email: lernst@acluvt.org
*ATTORNEY TO BE NOTICED*

**Luna Droubi , Esq.**
Beldock Levine & Hoffman LLP
99 Park Avenue, PH/26th Floor
New York, NY 10016
212–277–5875
Email: ldroubi@blhny.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew D. Melewski , Esq.**
Beldock Levine & Hoffman LLP
99 Park Avenue, PH/26th Floor
New York, NY 10016
212–277–5815
Email: mmelewski@blhny.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Monica H. Allard , Esq.**
ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601–0277
802–251–7091
Email: mallard@acluvt.org
*ATTORNEY TO BE NOTICED*

**Nathan F. Wessler , Esq.**
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212–519–7847
Email: nwessler@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noor Zafar , Esq.**
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
469–301–5991
Email: nzafar@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shezza Abboushi Dallal , Esq.**
Main Street Legal Services Inc.
CLEAR Project
CUNY School of Law

          2 Court Square, Ste 5th Floor
          Long Island City, NY 11101
          718–970–1875
          Email: shezza.dallal@law.cuny.edu
          *PRO HAC VICE*
          *ATTORNEY TO BE NOTICED*

          **Sidra Mahfooz , Esq.**
          American Civil Liberties Union Foundation
          125 Broad Street, 18th Floor
          New York, NY 10004
          631–741–3383
          Email: smahfooz@aclu.org
          *PRO HAC VICE*
          *ATTORNEY TO BE NOTICED*

          **Andrew B. Delaney , Esq.**
          Martin Delaney & Ricci Law Group
          100 North Main Street
          P.O. Box 607
          Barre, VT 05641–0607
          802–479–0568
          Fax: 802–479–5414
          Email: andrew@mdrvt.com
          *ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Donald J. Trump**
*in his official capacity as President of the United States*

represented by **Michael P. Drescher , AUSA**
United States Attorney's Office
11 Elmwood Avenue, 3rd Floor
P.O. Box 570
Burlington, VT 05402–0570
(802) 951–6725
Email: michael.drescher@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Respondent**

**Patricia Hyde**
*in her official capacity as Acting Boston Field Office Director, Immigration And Customs Enforcement, Enforcement And Removal Operations*

represented by **Michael P. Drescher , AUSA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

**J Doe**
*in official capacity as Vermont Sub–Office Director Of Immigration And Customs Enforcement, Enforcement And Removal Operations*

represented by **Michael P. Drescher , AUSA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

**Todd Lyons**
*in his official capacity as Acting Director, U.S. Immigration And Customs Enforcement*

represented by **Michael P. Drescher , AUSA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

represented by

**Kristi Noem**
*in her official capacity as Secretary Of The United States Department Of Homeland Security*

**Michael P. Drescher , AUSA**
(See above for address)
ATTORNEY TO BE NOTICED

**Respondent**

**Marco A. Rubio**
*in his official capacity as Secretary Of State*

represented by **Michael P. Drescher , AUSA**
(See above for address)
ATTORNEY TO BE NOTICED

**Respondent**

**Pamela Bondi**
*in her official capacity as U.S. Attorney General*

represented by **Michael P. Drescher , AUSA**
(See above for address)
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2025 | 1 | PETITION for Writ of Habeas Corpus filed by Mohsen Mahdawi. (Filing fee $ 5.) (Attachments: # 1 Civil Cover Sheet)(Delaney, Andrew) (Attachment 1 replaced on 4/14/2025) (law). (Entered: 04/14/2025) |
| 04/14/2025 | 2 | EMERGENCY MOTION for Temporary Restraining Order filed by Mohsen Mahdawi. (Delaney, Andrew) (Main Document 2 replaced and Attachment(s) added on 4/14/2025: # 1 Proposed Order) (law). (Main Document 2 replaced on 4/18/2025) (sjl). (Entered: 04/14/2025) |
| 04/14/2025 | 3 | CASE assigned to Judge William K. Sessions III. (law) (Entered: 04/14/2025) |
| 04/14/2025 | 4 | NOTICE OF DOCKET ENTRY CORRECTION re: 1 PETITION for Writ of Habeas Corpus filed by Mohsen Mahdawi. This JS 44 Civil Cover Sheet omitted the related case information and has been replaced. The corrected JS 44 is now attached to 1 and this entry. (law) (Entered: 04/14/2025) |
| 04/14/2025 | 5 | NOTICE OF DOCKET ENTRY CORRECTION re: 2 EMERGENCY MOTION for Temporary Restraining Order filed by Mohsen Mahdawi. The main document combined the motion and proposed order as a singular PDF. Also, the proposed order has been revised to include a full case caption. The documents have been broken apart and are now separately attached to 2 and this entry. (Attachments: # 1 Proposed Order) (law) (Entered: 04/14/2025) |
| 04/14/2025 | | FILING FEE RECEIVED of $5.00. Receipt number 5683. (kac) (Entered: 04/14/2025) |
| 04/14/2025 | 6 | ORDER granting 2 Emergency Motion for Temporary Restraining Order. Signed by Judge William K. Sessions III on 4/14/2025. (law) (Entered: 04/14/2025) |
| 04/14/2025 | 7 | MOTION for Appearance Pro Hac Vice of David A. Isaacson (Filing fee $ 150 receipt number AVTDC−2059973) filed by Mohsen Mahdawi (Attachments: # 1 Affidavit of David A. Isaacson, # 2 Certificate of Good Standing) (Delaney, Andrew) Modified on 4/14/2025 to clarify attachments (sjl). (Entered: 04/14/2025) |
| 04/14/2025 | 8 | ORDER granting 7 Motion for Admission Pro Hac Vice of David A. Isaacson. Signed by Judge William K. Sessions III on 4/14/2025. (This is a text−only Order.) (eae) (Entered: 04/14/2025) |
| 04/15/2025 | 9 | MOTION for Appearance Pro Hac Vice of Luna Droubi (Filing fee $ 150 receipt number AVTDC−2060446) filed by Mohsen Mahdawi (Attachments: # 1 Affidavit of Luna Droubi, # 2 Certificate of Good Standing) (Delaney, Andrew) Modified on 4/15/2025 to clarify attachments (sjl). (Entered: 04/15/2025) |
| 04/15/2025 | 10 | MOTION for Appearance Pro Hac Vice of Cyrus D. Mehta (Filing fee $ 150 receipt number AVTDC−2060453) filed by Mohsen Mahdawi (Attachments: # 1 Affidavit of Cyrus D. Mehta, # 2 Certificate of Good Standing) (Delaney, Andrew) (Entered: 04/15/2025) |
| 04/15/2025 | 11 | NOTICE OF APPEARANCE by Michael P. Drescher, AUSA on behalf of Donald J. Trump, Patricia Hyde, J Doe, Todd Lyons, Kristi Noem, Marco A. Rubio, Pamela |

| | | |
|---|---|---|
| | | Bondi.(Drescher, Michael) Filers clarified on 4/15/2025 (law). (Entered: 04/15/2025) |
| 04/15/2025 | 12 | ORDER REASSIGNING CASE. It is found that this is likely not a related case to 2:25−cv−00374 and the clerk is directed to return this case to the civil wheel for random reassignment. Signed by Judge William K. Sessions III on 4/15/2025. (law) Modified on 4/15/2025 to clarify text (sjl). (Entered: 04/15/2025) |
| 04/15/2025 | 13 | CASE reassigned to District Judge Geoffrey W. Crawford. (law) (Entered: 04/15/2025) |
| 04/16/2025 | 14 | ORDER granting 9 and 10 MOTIONS for Admission Pro Hac Vice of Luna Droubi and Cyrus D. Mehta respectively. Signed by District Judge Geoffrey W. Crawford on 4/16/2025. (This is a text−only Order.) (jal) (Entered: 04/16/2025) |
| 04/16/2025 | 15 | NOTICE of Hearing: Status Conference set for 4/23/2025 at 9:00 AM in Burlington Courtroom 110 before District Judge Geoffrey W. Crawford. (eh) (Entered: 04/16/2025) |
| 04/18/2025 | 16 | ORDER: re 15 Notice of Hearing. Counsel shall be prepared to address preliminary issues of jurisdiction and detention or release. If necessary, court may allow additional briefing after the hearing. Signed by District Judge Geoffrey W. Crawford on 4/18/2025. (This is a text−only Order.)(jal) (Entered: 04/18/2025) |
| 04/18/2025 | 17 | NOTICE OF DOCKET ENTRY CORRECTION re: 2 EMERGENCY MOTION for Temporary Restraining Order. The Main Document has been replaced to include the corrected document as an earlier correction omitted the main document. The corrected Main Document is now attached to 2 and this entry. (sjl) (Entered: 04/18/2025) |
| 04/21/2025 | 18 | MOTION for Appearance Pro Hac Vice of Matthew Melewski (Filing fee $ 150 receipt number AVTDC−2063276) filed by Mohsen Mahdawi (Attachments: # 1 Affidavit of Matthew Melewski # 2 Certificate of Good Standing) (Delaney, Andrew) Modified on 4/22/2025 to clarify attachment (sjl). (Entered: 04/21/2025) |
| 04/22/2025 | 19 | MOTION for Release Under Mapp v. Reno *with Request for Oral Argument/Hearing* filed by Mohsen Mahdawi (Attachments: # 1 Exhibit 1 *(sealed)*, # 2 Declaration of Mohsen Mahdawi *(sealed)*, # 3 Exhibit 3 *(sealed)*, # 4 Exhibit 4 *(sealed)*) (Delaney, Andrew) Modified on 4/22/2025 to clarify text/attachments and Attachment 1 replaced) (sjl). (Additional attachment(s) added on 4/22/2025: # 5 Exhibit 1 *(redacted)*, # 6 Exhibit 3 *(redacted)*) (sjl). (Entered: 04/22/2025) |
| 04/22/2025 | 20 | NOTICE OF DOCKET ENTRY CORRECTION re: 19 MOTION for for Release Under Mapp v. Reno. Exhibit 1 has been replaced to remove illegible PDF headers. The corrected document is now attached to 19 and this entry. (sjl) (Entered: 04/22/2025) |
| 04/22/2025 | 21 | REVISED NOTICE of Hearing: Status Conference and Hearing on 19 MOTION for Release Under Mapp v. Reno set for 4/23/2025 at 09:00 AM in Burlington Courtroom 110 before District Judge Geoffrey W. Crawford. *(Revised only to include hearing on Doc. 19 .)* (sjl) (Entered: 04/22/2025) |
| 04/22/2025 | 22 | ORDER granting 18 MOTION for Admission Pro Hac Vice of Matthew Melewski. Signed by District Judge Geoffrey W. Crawford on 4/22/2025. (This is a text−only Order.) (jal) (Entered: 04/22/2025) |
| 04/22/2025 | 23 | MOTION for Leave to File *an Amicus Curiae Brief* filed by Immigration Lawyers, Law Professors, and Scholars (Attachments: # 1 Proposed Amicus Brief, # 2 Appendix I, # 3 Appendix II, # 4 Proposed Order) (Stokes, Brett) Modified on 4/22/2025 to clarify attachments (sjl). (Attachment 2 replaced on 4/28/2025) (sjl). (Entered: 04/22/2025) |
| 04/22/2025 | 24 | UNOPPOSED MOTION to File Under Seal Certain Exhibits re: 19 MOTION for Release Under Mapp v. Reno filed by Mohsen Mahdawi (Delaney, Andrew) Modified on 4/22/2025 to clarify text (sjl). (Entered: 04/22/2025) |
| 04/22/2025 | 25 | MEMORANDUM by Donald J. Trump, Patricia Hyde, J Doe, Todd Lyons, Kristi Noem, Marco A. Rubio, Pamela Bondi *(Prehearing Submission)* re: 1 PETITION for Writ of Habeas Corpus. (Drescher, Michael) Modified on 4/22/2025 to clarify text (sjl). Modified on 4/23/2025 to update docket event type (sjl). (Entered: 04/22/2025) |

| | | |
|---|---|---|
| 04/22/2025 | 26 | ORDER granting 23 MOTION for Leave to File an Amicus Curiae Brief. Signed by District Judge Geoffrey W. Crawford on 4/22/2025. (This is a text–only Order.) (jal) (Entered: 04/22/2025) |
| 04/22/2025 | 27 | NOTICE OF DOCKET ENTRY CORRECTION re: 19 MOTION for Release Under Mapp v. Reno filed by Mohsen Mahdawi. Exhibits 1 and 3 have been sealed. Redacted versions of Exhibits 1 and 3 are now attached to 19 and this entry. (Attachments: # 1 Exhibit 3 *(redacted)*) (sjl) (Entered: 04/22/2025) |
| 04/23/2025 | 28 | MINUTE ENTRY for proceedings held before District Judge Geoffrey W. Crawford: Status Conference held on 4/23/2025. Attorneys C. Mehta, D. Isaacson, L. Droubi, M. Melewski, and A. Delaney present with petitioner. M. Drescher, AUSA present on behalf of respondents. Court makes inquiries and counsel makes statements. Court makes findings. ORDERED: 25 Memorandum converted to a Motion to Dismiss Under R. 12. Petitioner to file responses within 14 days, respondent to file replies 7 days thereafter. Motion hearing re: 19 MOTION for Release Under Mapp v. Reno set for 4/30/2025 at 9:00 AM in Burlington Courtroom 110 before District Judge Geoffrey W. Crawford. Court to issue entry order. (Court Reporter: Johanna Masse) (eh) (Entered: 04/23/2025) |
| 04/23/2025 | 29 | NOTICE of Hearing re: 19 MOTION for Release Under Mapp v. Reno. Motion Hearing set for 4/30/2025 at 9:00 AM in Burlington Courtroom 110 before District Judge Geoffrey W. Crawford. (eh) (Entered: 04/23/2025) |
| 04/23/2025 | 30 | NOTICE OF APPEARANCE by Lia N. Ernst, Esq on behalf of Mohsen Mahdawi.(Ernst, Lia) (Entered: 04/23/2025) |
| 04/23/2025 | 31 | NOTICE OF APPEARANCE by Monica H. Allard, Esq on behalf of Mohsen Mahdawi.(Allard, Monica) (Entered: 04/23/2025) |
| 04/23/2025 | 32 | NOTICE OF APPEARANCE by Hillary A. Rich, Esq on behalf of Mohsen Mahdawi.(Rich, Hillary) (Entered: 04/23/2025) |
| 04/23/2025 | 33 | SCHEDULING ORDER AND ORDER on Motion to File Under Seal (Doc. 24 ). The court will resume the hearing on the motion for release on Wednesday, April 30, 2025, at 9:00 a.m. The court requires the presence of the petitioner Mr. Mahdawi in court. The Government's response to the motion for release shall be filed not later than noon, Monday, April 28, 2025. Any reply from the petitioner shall be filed not later than noon, Tuesday, April 29, 2025. The court converts the Government's Memorandum (Doc. 25 ) to a motion to dismiss the petition under Fed. R. Civ. P. 12. The petitioner's response to the motion to dismiss shall be filed not later than May 7, 2025. The Government's reply shall be filed not later than May 14, 2025. The court GRANTS the motion to file under seal certain exhibits containing personal identifying information (Doc. 24 ). In addition, the court has removed identifying information such as residence addresses and "A number" identifiers from the petitioner's filings. Signed by District Judge Geoffrey W. Crawford on 4/23/2025. (sjl) (Entered: 04/23/2025) |
| 04/24/2025 | 34 | ORDER EXTENDING TEMPORARY RESTRAINING ORDER. The court ORDERS that the temporary restraining order issued on the date of Mr. Mahdawi's arrest is extended for a period of 90 days or until dismissal of this case or grant of a preliminary injunction, whichever is earliest. The court orders that no respondent, including any agent or employee, shall remove Mr. Mahdawi from Vermont without further order from this court. Signed by District Judge Geoffrey W. Crawford on 4/23/2025. (sjl) (Entered: 04/24/2025) |
| 04/25/2025 | 35 | MOTION for Leave to File Amicus Brief and MOTION to Expedite filed by E.S. (Attachments: # 1 Proposed Amicus Brief)(law) (Entered: 04/25/2025) |
| 04/25/2025 | 36 | UNOPPOSED MOTION for Appearance Pro Hac Vice of Nathan Freed Wessler, Brett Max Kaufman, Brian Hauss, Esha Bhandari, Noor Zafar, Sidra Mahfooz (Filing fee $ 900 receipt number AVTDC–2065878) filed by Mohsen Mahdawi (Attachments: # 1 Affidavit of Nathan Freed Wessler, # 2 Certificate of Good Standing Nathan Freed Wessler, # 3 Affidavit of Brett Max Kaufman, # 4 Certificate of Good Standing Brett Max Kaufman, # 5 Affidavit of Brian Hauss, # 6 Certificate of Good Standing Brian Hauss, # 7 Affidavit of Esha Bhandari, # 8 Certificate of Good Standing Esha Bhandari, # 9 Affidavit of Noor Zafar, # 10 Certificate of Good Standing Noor Zafar, # 11 Affidavit of Sidra Mahfooz, # 12 Certificate of Good Standing Sidra Mahfooz)(Ernst, Lia) Modified to clarify text and Attachment 11 replaced on |

| | | |
|---|---|---|
| | | 4/28/2025) (sjl). (Entered: 04/25/2025) |
| 04/25/2025 | 37 | UNOPPOSED MOTION for Appearance Pro Hac Vice of Shezza Abboushi Dallal (Filing fee $ 150 receipt number AVTDC−2065899) filed by Mohsen Mahdawi (Attachments: # 1 Affidavit of Shezza Abboushi Dallal, # 2 Certificate of Good Standing) (Ernst, Lia) Modified on 4/28/2025 to clarify text/attachment (sjl). (Entered: 04/25/2025) |
| 04/28/2025 | 38 | TRANSCRIPT of Status Conference and Motion for Release Hearing held on 4/23/2025 before Judge Geoffrey W. Crawford. Court Reporter/Transcriber Johanna Masse, telephone number 802−951−8102. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/22/2025. Redacted Transcript Deadline set for 6/2/2025. Release of Transcript Restriction set for 7/31/2025. (sjl) (Entered: 04/28/2025) |
| 04/28/2025 | 39 | ORDER: re 35 MOTION for Leave to File MOTION to Expedite Ruling; The court acknowledges with thanks receipt of this filing and declines to include it in the docket of 2:25−CV−389. Signed by District Judge Geoffrey W. Crawford on 4/28/2025. (This is a text−only Order.) (jal) (Entered: 04/28/2025) |
| 04/28/2025 | 40 | NOTICE OF DOCKET ENTRY CORRECTION re: 36 UNOPPOSED MOTION for Appearance Pro Hac Vice of Nathan Freed Wessler, Brett Max Kaufman, Brian Hauss, Esha Bhandari, Noor Zafar, Sidra Mahfooz filed by Mohsen Mahdawi. The Affidavit of Sidra Mahfooz has been replaced to correct the PDF size and to remove illegible PDF headers. The corrected document is now attached to 36 and this entry. (sjl) (Entered: 04/28/2025) |
| 04/28/2025 | 41 | ORDER granting 37 MOTION for Admission Pro Hac Vice of Shezza Abboushi Dallal. Signed by District Judge Geoffrey W. Crawford on 4/28/2025. (This is a text−only Order.) (jal) (Entered: 04/28/2025) |
| 04/28/2025 | 42 | RESPONSE in Opposition re 19 MOTION for Release Under Mapp v. Reno filed by Donald J. Trump, Patricia Hyde, J Doe, Todd Lyons, Kristi Noem, Marco A. Rubio, Pamela Bondi. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Drescher, Michael) (Entered: 04/28/2025) |
| 04/28/2025 | 43 | ORDER granting 36 MOTION for Admission Pro Hac Vice of Nathan Freed Wessler, Brett Max Kaufman, Brian Hauss, Esha Bhandari, Noor Zafar and Sidra Mahfooz. Signed by District Judge Geoffrey W. Crawford on 4/28/2025. (This is a text−only Order.) (jal) (Entered: 04/28/2025) |
| 04/28/2025 | 44 | NOTICE OF DOCKET ENTRY CORRECTION re: 23 MOTION for Leave to File *an Amicus Curiae Brief.* Appendix I has been replaced with an amended version to revise a footnote. The revised document is now attached to 23 and this entry. (sjl) (Entered: 04/28/2025) |
| 04/29/2025 | 45 | REPLY to Response to 19 MOTION for Release Under Mapp v. Reno filed by Mohsen Mahdawi. (Attachments: # 1 Exhibit 2 *(Redacted)*, # 2 Exhibit 3 *(Redacted)*, # 3 Exhibit 4, # 4 Exhibit 5) (Allard, Monica) Modified on 4/29/2025 to clarify attachments (sjl). (Additional attachment(s) added on 4/29/2025: # 5 Exhibit 2 *(filed under seal)*, # 6 Exhibit 3 *(filed under seal)*) (sjl). (Entered: 04/29/2025) |
| 04/29/2025 | 46 | SUPPLEMENTAL DOCUMENT(S) *Exhibit 1* re: 45 REPLY to Response to 19 MOTION for Release Under Mapp v. Reno by Mohsen Mahdawi. (Allard, Monica) Modified on 4/29/2025 to clarify event/text (sjl). (Entered: 04/29/2025) |
| 04/29/2025 | 47 | UNOPPOSED MOTION to File Under Seal *Exhibits 2 & 3* re: 45 REPLY to Response to 19 MOTION for Release Under Mapp v. Reno filed by Mohsen Mahdawi(Ernst, Lia) Modified on 4/29/2025 to clarify text (sjl). (Entered: 04/29/2025) |
| 04/29/2025 | 48 | NOTICE OF DOCKET ENTRY CORRECTION re: 45 REPLY to Response to 19 MOTION for Release Under Mapp v. Reno. Unredacted copies of Exhibits 2 and 3 having been received are now attached to 45 under seal. (sjl) (Entered: 04/29/2025) |
| 04/29/2025 | 49 | ORDER: re 45 REPLY to Response to 19 MOTION for Release Under Mapp v. Reno; The court requests that the Government produce FBI SA Marc Emmons at the court |

| | | |
|---|---|---|
| | | hearing on 4/30/25 to provide testimony concerning his investigation of Mr. Mahdawi in 2015. Signed by District Judge Geoffrey W. Crawford on 4/29/2025. (This is a text−only Order.)(jal) (Entered: 04/29/2025) |
| 04/29/2025 | 50 | ORDER granting 47 MOTION to File Under Seal Exhibits 2 & 3 re: 45 REPLY to Response to 19 MOTION for Release Under Mapp v. Reno. Signed by District Judge Geoffrey W. Crawford on 4/29/2025. (This is a text−only Order.) (jal) (Entered: 04/29/2025) |
| 04/29/2025 | 51 | NOTICE *of Supplemental Authority* by Mohsen Mahdawi re 19 MOTION for Release Under Mapp v. Reno (Attachments: # 1 Khalil v. Joyce, # 2 American Association of University Professors v. Rubio) (Ernst, Lia) (Attachments 1 and 2 replaced and text clarified on 4/30/2025) (sjl). (Entered: 04/29/2025) |
| 04/30/2025 | 52 | NOTICE OF DOCKET ENTRY CORRECTION re: 51 Notice of Supplemental Authority. Attachments 1 and 2 have been replaced to remove illegible PDF headers. The corrected documents are now attached to 51 and this entry. (Attachments: # 1 American Association of University Professors v. Rubio) (sjl) (Entered: 04/30/2025) |
| 04/30/2025 | 53 | MINUTE ENTRY for proceedings held before District Judge Geoffrey W. Crawford: Motion Hearing held on 4/30/2025 re 19 MOTION for Release Under Mapp v. Reno. Attorneys D. Isaacson, L. Droubi, M. Melewski, A. Delaney, and S. Dallal present with petitioner. M. Drescher, AUSA present on behalf of respondents. Court makes inquiries and counsel make statements re: court's receipt of ex−parte communications re: case, potential testimony of FBI S/A Marc Emmons (retired), Windsor Police Department report, and closing of FBI file re: Petitioner. Court makes findings. ORDERED: Parties defer to the court's discretion to not disclose ex−parte communications. The court's review and parties statements about the Windsor Police Department report and closing of FBI file obviates the need for S/A Emmons to testify. Respondent makes Oral Motion to Stay Release for 7 Days if the court sets conditions of release. Court makes inquiries and counsel make statements re: 19 MOTION for Release Under Mapp v. Reno. Court makes findings. ORDERED: 19 MOTION for Release Under Mapp v. Reno is granted. Respondents Oral Motion to Stay Release for 7 Days is denied. Petitioner to be released immediately. Court to issue written findings. (Court Reporter: Johanna Masse) (eh) (Entered: 04/30/2025) |
| 04/30/2025 | 54 | OPINION AND ORDER granting 19 MOTION for Release Under Mapp v. Reno. Signed by District Judge Geoffrey W. Crawford on 4/30/2025. (sjl) (Entered: 04/30/2025) |
| 04/30/2025 | 55 | NOTICE OF APPEAL as to 34 Order Extending Temporary Restraining Order, 54 Opinion and Order on Motion for Release by Donald J. Trump, Patricia Hyde, J Doe, Todd Lyons, Kristi Noem, Marco A. Rubio, Pamela Bondi. (Drescher, Michael) Text clarified on 4/30/2025 (law). (Entered: 04/30/2025) |