## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-1113

**Caption [use short title]**

**Motion for:** consolidation of interlocutory appeals

**Set forth below precise, complete statement of relief sought:**
Consolidate this matter with Ozturk v. Hyde, et al., No. 25-1019 (2d Cir.).

# Mahdawi v. Trump

**MOVING PARTY:** Trump, et al.   **OPPOSING PARTY:** Mahdawi

☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Michael P. Drescher   **OPPOSING ATTORNEY:** Andrew B. Delaney

*[name of attorney, with firm, address, phone number and e-mail]*

United States Attorney's Office for the District of Vermont | MARTIN DELANEY & RICCI LAW GROUP,
11 Elmwood Avenue, P.O. Box 570 Burlington, VT 05401 | 100 N. Main Street Barre, Vermont 05641
802-951-6725 / Michael.Drescher@usdoj.gov | 802-479-0568 / andrew@mdrvt.com

**Court- Judge/ Agency appealed from:** District of Vermont / Hon. Geoffrey W. Crawford

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☑ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☐ No If yes, enter date:_____

**Signature of Moving Attorney:**
/s/Michael P. Drescher   **Date:** 5/1/2025   **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# No. 25-1113

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

**MOHSEN MAHDAWI,**
Petitioner-Appellee,

v.

**DONALD J. TRUMP, ET AL.,**
Respondents-Appellants.

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT
District Court Case No. 2:25-cv-389**

## MOTION TO CONSOLIDATE CASES

| | |
|---|---|
| **YAAKOV M. ROTH** | **MICHAEL P. DRESCHER** |
| Acting Assistant Attorney General | Acting United States Attorney |
| Civil Division | District of Vermont |
| | |
| **DREW C. ENSIGN** | **ALANNA T. DUONG** |
| Deputy Assistant Attorney General | **DHRUMAN Y. SAMPAT** |
| Office of Immigration Litigation | Senior Litigation Counsel |
| | Office of Immigration Litigation |
| **ERNESTO H. MOLINA** | Civil Division, U.S. Dept. of Justice |
| Deputy Director | |
| | **Attorneys for Respondents-Appellants** |

No. 25-1113

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

MOHSEN MAHDAWI,
Petitioner-Appellee,

v.

DONALD J. TRUMP, ET AL.,
Respondents-Appellants.

MOTION TO CONSOLIDATE CASES

## INTRODUCTION

Respondents-Appellants ("the Government") respectfully requests that this Court consolidate this matter with *Ozturk v. Hyde, et al.*, No. 25-1019 (2d Cir.). As the Government argued in its motion to stay the district court's orders, these cases present similar fundamental legal questions and exigencies. Given the Government's request to set this matter for oral argument on the same day as *Ozturk*, judicial economy warrants consolidation of these matters, including the stay motions, such that the Court can hear argument on both cases simultaneously. The Government remains ready to proceed with such expedition as the Court deems appropriate.

The Court should thus grant the Government's motion to consolidate.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/Michael P. Drescher |
| YAAKOV M. ROTH | MICHAEL P. DRESCHER |
| Acting Assistant Attorney General | Acting United States Attorney |
| Civil Division | District of Vermont |
|  |  |
| DREW C. ENSIGN | ALANNA T. DUONG |
| Deputy Assistant Attorney General | DHRUMAN Y. SAMPAT |
| Office of Immigration Litigation | Senior Litigation Counsel |
|  | Office of Immigration Litigation |
| ERNESTO H. MOLINA | Civil Division, U.S. Dept. of Justice |
| Deputy Director | P.O. Box 878, Ben Franklin Station |
|  | Washington, DC 20044 |
|  | Tel: (202) 305-7040 (Duong) |
|  | (202) 532-4281 (Sampat) |
|  | alanna.duong@usdoj.gov |
|  | dhruman.y.sampat@usdoj.gov |
|  |  |
| May 1, 2025 | Attorneys for Respondents-Appellants |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), I certify that the foregoing was prepared using 14-point Times New Roman type, is proportionally spaced and contains less than 5,200 words, exclusive of the tables of contents and citations, and certificates of counsel.

*/s/Michael P. Drescher*
MICHAEL P. DRESCHER
Acting United States Attorney
District of Vermont

May 1, 2025                                             Attorney for Respondents-Appellants

## CERTIFICATE OF SERVICE

I certify that on May 1, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate ACMS system. I further certify that all participants in the case are registered ACMS users and that service will be accomplished through that system.

*/s/Michael P. Drescher*
MICHAEL P. DRESCHER
Acting United States Attorney
District of Vermont
