# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of May, two thousand twenty-five.

Before:     Maria Araújo Kahn,
                    *Circuit Judge.*

_____

Mohsen Mahdawi,

        Petitioner - Appellee,

   v.

Donald J. Trump, in his official capacity as President of the United States, Patricia Hyde, in her official capacity as Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, J Doe, in official capacity as Vermont Sub-Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, Kristi Noem, in her official capacity as Secretary of The United States Department of Homeland Security, Marco A. Rubio, in his official capacity as Secretary of State, Pamela Bondi, in her official capacity as U.S. Attorney General,

        Respondents - Appellants.

_____

**ORDER**

Docket No. 25-1113

Respondents-Appellants move for an emergency stay of the district court's April 30, 2025 order pending appeal. Appellants further move to consolidate this appeal with *Ozturk v. Trump*, 25-1019 because "these cases present similar fundamental legal questions and exigencies." Appellants also request that the merits of the emergency stay be argued on May 6, 2025, the date set for argument of a stay pending appeal motion in *Ozturk*.

IT IS HEREBY ORDERED that the motion for a stay pending appeal is REFERRED to the three-judge motions panel hearing the *Ozturk* motion sitting Tuesday, May 6, 2025. An administrative stay pending hearing of the stay motion is DENIED in light of the expedited schedule set for hearing the merits of the stay motion. The motion to consolidate is REFERRED to the May 6, 2025 motions panel.

Petitioner's opposition papers are due Monday, May 5, 2025 at 9:00 a.m. Reply papers are due Monday, May 5, 2025 at 5:00 p.m. Each side is allotted ten minutes of argument time.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court