# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of May, two thousand twenty-five.

Before:     Barrington D. Parker,
                Susan L. Carney,
                Alison J. Nathan,
                     *Circuit Judges.*

Mohsen Mahdawi,

        Petitioner - Appellee,

  v.

Donald J. Trump, in his official capacity as President of the United States, Patricia Hyde, in her official capacity as Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, J Doe, in official capacity as Vermont Sub-Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, Kristi Noem, in her official capacity as Secretary of The United States Department of Homeland Security, Marco A. Rubio, in his official capacity as Secretary of State, Pamela Bondi, in her official capacity as U.S. Attorney General,

        Respondents - Appellants.

**ORDER**

Docket No. 25-1113

      The Intercept, a nonprofit digital news outlet, has filed a request that the restrictions pertaining to public access to the docket in this case be lifted. See, Federal Rule of Appellate Procedure 25(a)(5) and Federal Rule of Civil Procedure 5.2(c).

      IT IS HEREBY ORDERED that the request is deemed a motion. The parties are directed to advise the Court of their position regarding this request, by letter filed no later than May 9, 2025 at 12:00 p.m.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court