D. Vt.<br>
25-cv-389<br>
Crawford, J.<br>
25-cv-374<br>
Sessions, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of May, two thousand twenty-five.

Present:
> Barrington D. Parker,
> Susan L. Carney,
> Alison J. Nathan,
>> *Circuit Judges*.

---

Mohsen Mahdawi,

>> *Petitioner-Appellee*,

    v.                                                                       25-1113

Donald J. Trump, in his official capacity as President of the United States, Patricia Hyde, in her official capacity as Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, J Doe, in official capacity as Vermont Sub-Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, Kristi Noem, in her official capacity as Secretary of The United States Department of Homeland Security, Marco A. Rubio, in his official capacity as Secretary of State, Pamela Bondi, in her official capacity as U.S. Attorney General,

>> *Respondents-Appellants*.

---

Rumeysa Ozturk,

*Petitioner-Appellee*,

v.                                                                                                    25-1019

Patricia Hyde, in her official capacity as the New England Field Director for U.S. Immigration and Customs Enforcement, Michael Krol, in his official capacity as HSI New England Special Agent in Charge, U.S. Immigration and Customs Enforcement, Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security, Marco A. Rubio, in his official capacity as Secretary of State, Donald J. Trump, in his official capacity as President of the United States,

*Respondents-Appellants*.

In *Mahdawi v. Trump*, 2d Cir. 25-1113, Appellants move to consolidate the appeal with *Ozturk v. Hyde*, 2d Cir. 25-1019. Appellee Mahdawi opposes the motion. Upon due consideration,

IT IS HEREBY ORDERED that the motion to consolidate the appeals is DENIED. *See* Fed. R. App. P. 3(b)(2); *Chem One, Ltd. v. M/V RICKMERS GENOA*, 660 F.3d 626, 642 (2d Cir. 2011).

The parties are directed to confer with the Clerk of Court to set briefing schedules for the merits of the appeals.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court