# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of May, two thousand twenty-five.

Before:      Barrington D. Parker,
              Susan L. Carney,
              Alison J. Nathan,
                    *Circuit Judges.*

_____

Mohsen Mahdawi,

        Petitioner - Appellee,

  v.

Donald J. Trump, in his official capacity as President of the United States, Patricia Hyde, in her official capacity as Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, J Doe, in official capacity as Vermont Sub-Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, Kristi Noem, in her official capacity as Secretary of The United States Department of Homeland Security, Marco A. Rubio, in his official capacity as Secretary of State, Pamela Bondi, in her official capacity as U.S. Attorney General,

        Respondents - Appellants.

_____

**ORDER**

Docket No. 25-1113

The Intercept, a nonprofit digital news outlet, has filed a request that the restrictions pertaining to public access to the docket in this case be lifted. See, Federal Rule of Appellate Procedure 25(a)(5) and Federal Rule of Civil Procedure 5.2(c). Petitioner consents to lifting the restrictions on access to the docket. Respondents take no position on the request.

IT IS HEREBY ORDERED that the request is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court