**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: May 16, 2025<br>Docket #: 25-1113<br>Short Title: Mahdawi v. Trump | DC Docket #: 2:25-cv-389<br>DC Court: DISTRICT OF VERMONT (BURLINGTON)<br>DC Judge: Trial Judge - Geoffrey W. Crawford |

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8549.