UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-1113

**Caption [use short title]**

**Motion for:** Motion to Expedite Consideration of Appeal and Proposed Briefing Schedule

Set forth below precise, complete statement of relief sought:

The Court set the briefing schedule proposed by the government and expedite consideration of this appeal

Mahdawi v. Trump, et al.

**MOVING PARTY:** Trump, et al.    **OPPOSING PARTY:** Mahdawi

☐ Plaintiff    ☐ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Dhruman Y. Sampat    **OPPOSING ATTORNEY:** Andrew B. Delaney

[name of attorney, with firm, address, phone number and e-mail]

U.S. Dep't of Justice, Civil Division, Office of Immigration Litigation    MARTIN DELANEY & RICCI LAW GROUP

PO Box 878, Ben Franklin Station, Washington, D.C. 20044    100 N. Main Street Barre, Vermont 05641

202-532-4281 / dhruman.y.sampat@usdoj.gov    802-479-0568 / andrew@mdrvt.com

**Court- Judge/ Agency appealed from:** District of Vermont / Hon. Geoffrey W. Crawford

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes    ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed  ☒ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☒ Yes  ☐ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?    ☐ Yes  ☐ No
Has this relief been previously sought in this court?    ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?    ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
DHRUMAN SAMPAT (Digitally signed by DHRUMAN SAMPAT Date: 2025.05.20 12:22:56 -04'00')    **Date:** 5/20/2025    **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

No. 25-1113

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

MOHSEN MAHDAWI,
Petitioner-Appellee,

v.

DONALD J. TRUMP, ET AL.,
Respondents-Appellants.

## OPPOSED MOTION TO EXPEDITE CONSIDERATION OF APPEAL AND PROPOSED BRIEFING SCHEDULE

On Friday, May 9, 2025, the parties were directed to confer on a briefing schedule. The parties have conferred and could not agree on a briefing schedule. Therefore, the government, through undersigned counsel, hereby proposes the following briefing schedule and moves the Court to expedite consideration of this appeal, including scheduling oral argument during the first available sitting in September or thereafter.

In particular, the government proposes that the Court order the opening brief due on Monday, June 30, 2025; that Mr. Mahdawi's answering brief is due on Thursday, July 31, 2025; and the reply brief is due on Thursday, August 14, 2025. Mr. Mahdawi, through counsel, opposes this schedule and will respond.

Because the district court's order contravenes a multitude of precedents confirming the Immigration and Nationality Act's many jurisdictional bars and the government has an interest in effecting statutes enacted by representatives of its people, the government requests that this Court set a briefing schedule in accordance with its proposal and expedite consideration of this appeal, including scheduling oral argument during the first available sitting in September.

## **CONCLUSION**

The Court should grant the government's motion to expedite.

Respectfully submitted,

*s/ Dhruman Y. Sampat*

| | |
|---|---|
| YAAKOV M. ROTH<br>Acting Assistant Attorney General<br>Civil Division | DHRUMAN Y. SAMPAT<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>Civil Division, U.S. Dept. of Justice |
| DREW C. ENSIGN<br>Deputy Assistant Attorney General | P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 532-4281 |
| MELISSA NEIMAN-KELTING<br>Assistant Director<br>Office of Immigration Litigation | dhruman.y.sampat@usdoj.gov<br><br>May 20, 2025 |
| ALANNA T. DUONG<br>Senior Litigation Counsel | Attorneys for Respondents-Appellants |
| MICHAEL P. DRESCHER<br>Acting United States Attorney<br>District of Vermont | |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 27(d)(2)(A), I certify that the foregoing was prepared using 14-point Times New Roman type, is proportionally spaced and contains 189 words and certificates of counsel.

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Senior Litigation Counsel
U.S. Department of Justice

Attorney for Respondents-Appellants

## **CERTIFICATE OF SERVICE**

I certify that on May 20, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate ACMS system. I further certify that all participants in the case are registered ACMS users and that service will be accomplished through that system.

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Senior Litigation Counsel
U.S. Department of Justice

Attorney for Respondents-Appellants