# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of May, two thousand twenty-five.

Before:  Barrington D. Parker,
Susan L. Carney,
Alison J. Nathan,
*Circuit Judges.*

_____

Mohsen Mahdawi,

    *Petitioner - Appellee*,

  v.

Donald J. Trump, in his official capacity as President of the United States, Patricia Hyde, in her official capacity as Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, J Doe, in official capacity as Vermont Sub-Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, Kristi Noem, in her official capacity as Secretary of The United States Department of Homeland Security, Marco A. Rubio, in his official capacity as Secretary of State, Pamela Bondi, in her official capacity as U.S. Attorney General,

    *Respondents - Appellants*.

_____

**ORDER**

Docket No. 25-1113

Appellants filed the notice of appeal on April 30, 2025, and filed an emergency motion to stay, pending appeal, the district court's order releasing Appellee during the consideration of his habeas petition on May 1, 2025. Appellants also requested that the motion be heard on May 6,

2025, together with a stay motion they filed in *Ozturk v. Hyde et al.,* Docket No. 25-1019. Appellee's opposition to the stay motion was filed on April 25, 2025. An administrative stay pending consideration by the three-judge panel sitting on May 6, 2025, was denied on May 2, 2025, given the proximity in time to the May 6, 2025, hearing. By an opinion issued May 9, 2025, we denied the motion for the stay and related relief. We directed the parties to confer with the Clerk to set a briefing schedule for the merits of the appeal.

The parties were unable to agree on a briefing schedule, and on May 20, 2025, Appellants moved to expedite the appeal and proposed a schedule whereby briefing would conclude on August 14, 2025. Appellee filed his opposition to the motion on May 22, 2025, and counter-proposed a briefing schedule whereby the appellee's brief would be filed 91 days following the filing of Appellants' brief, pursuant to L.R. 31.2(a).

IT IS HEREBY ORDERED that the Appellants' motion to expedite the appeal is GRANTED. The parties will be provided equal time in the briefing schedule. Accordingly: Appellants' brief is due June 27, 2025. Appellee's brief is due August 18, 2025. The reply brief, if any, is due September 2, 2025. Although Appellants' motion to consolidate this appeal with *Rumeysa v. Ozturk,* Docket No. 25-1019 was denied pursuant to Rule Fed. R. App. P. 3(b)(2), the appeals will be heard in tandem. The Clerk is directed to schedule the appeals to be heard by the next available panel following the conclusion of briefing.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court