## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Mahdawi v. Trump    Docket No.: 25-1113

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Ramzi Kassem

Firm: CLEAR Project; Main Street Legal Services, Inc.

Address: CUNY School of Law; 2 Court Square; Long Island City, NY 11101

Telephone: (718) 340-4558    Fax: (718) 340-4478

E-mail: ramzi.kassem@law.cuny.edu

Appearance for: Mohsen Mahdawi / Petitioner-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Nathan Freed Wessler / American Civil Liberties Union Foundation )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 30, 2023    OR

☐ I applied for admission on _____ .

Signature of Counsel: *Ramzi Kassem*

Type or Print Name: Ramzi Kassem