UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 25-1113

Caption [use short title]

Motion for: motion for an extension of time to file the reply brief

Set forth below precise, complete statement of relief sought:
extend the time to file the reply brief by 10 days, up to and including September 12, 2025

**Mahdawi v. Trump**

MOVING PARTY: Trump          OPPOSING PARTY: Mahdawi

☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Alanna T. Duong          OPPOSING ATTORNEY: Luna Droubi

[name of attorney, with firm, address, phone number and e-mail]

Civil Division, U.S. Department of Justice          Beldock Levine & Hoffman LLP

P.O. Box 878, Ben Franklin Station, Washington, DC 20044          99 Park Avenue, PH/26th Fl., New York, NY 10016

202-305-7040 / alanna.duong@usdoj.gov          212-277-5875 / LDroubi@blhny.com

Court-Judge/Agency appealed from: District of Vermont / Hon. Geoffrey W. Crawford

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed   ☐ Opposed   ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set?   ☐ Yes ☑ No If yes, enter date:

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency:

**Signature of Moving Attorney:**
/s/Alanna T. Duong   Date: 8/21/2025   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# No. 25-1113

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

MOHSEN MAHDAWI,
Petitioner-Appellee,

v.

DONALD J. TRUMP, et al.,
Respondents-Appellants.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT
District Court Case No. 2:25-cv-389

---

RESPONDENTS-APPELLANTS' MOTION FOR AN EXTENSION OF
TIME TO FILE THE REPLY BRIEF

---

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney
General

DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation

MICHAEL P. DRESCHER
Acting United States Attorney
District of Vermont

ALANNA T. DUONG
DHRUMAN Y. SAMPAT
Senior Litigation Counsel

Appellants, through undersigned counsel, respectfully moves this Court, pursuant to Local Rule 27.1(f) and Federal Rule of Appellate Procedure 26(b), for a 10-day extension, until and including September 12, 2025, within which to file the reply brief in this case. Appellants' reply brief is currently due on September 2, 2025. This is Appellants' first request for an extension of time, and the Court has not scheduled this case for oral argument. Undersigned counsel submits the attached declaration in support of this motion. Appellee, through counsel, takes no position on this motion.

WHEREFORE, Appellants respectfully request that the Court grant this motion for an extension until September 12, 2025, to file the reply brief.

Respectfully submitted,

/s/ Alanna T. Duong

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division | ALANNA T. DUONG<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>Civil Division, U.S. Dept. of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 305-7040<br>alanna.duong@usdoj.gov |
| YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General | |
| DREW C. ENSIGN<br>Deputy Assistant Attorney General | |
| MICHAEL P. DRESCHER<br>Acting United States Attorney<br>District of Vermont | August 21, 2025 |
| DHRUMAN Y. SAMPAT<br>Senior Litigation Counsel | Attorneys for<br>Respondents-Appellants |

# DECLARATION OF ALANNA T. DUONG

I, ALANNA T. DUONG, hereby declare as follows:

1. I am an attorney in good standing and admitted to the State Bar of Arizona. I am employed by the Civil Division of the U.S. Department of Justice and represent Appellants in this matter.

2. On May 27, 2025, the Court granted Appellants' motion to expedite the appeal for *Ozturk v. Hyde, et al.*, No. 25-1019, and *Mahdawi v. Trump et al.*, No. 25-1113, and set the briefing schedule: Appellants' brief due on June 27, 2025, Appellee's brief due on August 18, 2025, and the reply brief due on September 2, 2025.

3. The Court has not scheduled these cases for oral argument.

4. I respectfully request a 10-day extension of time to file the reply brief, up to and including September 12, 2025. This is Appellants' first request for an extension of time to file the reply brief. Appellants have not requested any other extension.

5. This extension is needed for the following reasons:

    a. My co-counsel, Dhruman Y. Sampat, will be departing our office in September 2025, and the upcoming change has altered schedules for various cases moving forward, including the need to prioritize offboarding and transitioning his cases. These cases include, but are not limited to, *Ozturk v. Hyde, et al.*, No. 25-1019 (2d Cir.), *Mahdawi v. Trump, et al.*,

No. 23-1113 (2d Cir.), *Khalil v. President of the United States*, Nos. 25-2162 & 25-2357 (3d Cir.), and *Khalil v. Joyce*, No. 2:25-cv01963 (D.N.J.).

b. In light of these changes, I will also require additional time to research the legal issues, draft the reply brief, and have it reviewed by Department of Justice leadership and the client agencies.

c. I am also responsible for coordinating the Department of Justice's Honors and SLIP hiring process for our office, reviewing attorneys' pleadings for filing in the district courts and courts of appeals, and handling appellate cases at the briefing and pre-briefing stage, including reviewing the Administrative Record when the agency files it and filing dispositive motions and responses to motions for stay of removal.

6. I will use due diligence to complete the reply brief within the time requested.

7. On August 19, 2025, I emailed Appellee's counsel for his position on an extension, and Appellee took no position on the extension.

8. Accordingly, I respectfully request a 10-day extension, to and including September 12, 2025, in which to submit the reply brief.

I declare on August 21, 2025, under penalty of perjury, that the foregoing is true and correct.

*/s/ Alanna T. Duong*
ALANNA T. DUONG
Senior Litigation Counsel
U.S. Department of Justice

2

## CERTIFICATE OF COMPLIANCE

Under Federal Rule of Appellate Procedure 27(d) and Second Circuit Rule 27.1, I certify that the text of this document is in double-spaced, proportionally spaced 14-point Garamond type, and the document contains fewer than 5,200 words.

                                                 */s/ Alanna T. Duong*
                                                 ALANNA T. DUONG
                                                 Senior Litigation Counsel
                                                 U.S. Department of Justice

## CERTIFICATE OF SERVICE

I certify that on August 21, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit using the ACMS system. I further certify that all participants in the case, including Appellee's counsels, are registered ACMS users and that service will be accomplished by the ACMS system.

                                                 */s/ Alanna T. Duong*
                                                 ALANNA T. DUONG
                                                 Senior Litigation Counsel
                                                 U.S. Department of Justice