# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** _____    Caption [use short title] _____

**Motion for:** _____
_____
_____

Set forth below precise, complete statement of relief sought:
_____
_____
_____
_____
_____
_____

**MOVING PARTY:** _____    **OPPOSING PARTY:** _____

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____    **OPPOSING ATTORNEY:** _____
[name of attorney, with firm, address, phone number and e-mail]
_____    _____
_____    _____
_____    _____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ☐ No (explain): _____
_____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?         ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____
_____
_____
_____

Is the oral argument on motion requested?  ☐ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☐ No  If yes, enter date: _____

**Signature of Moving Attorney:**
_[signature]_ **Date:** _____  Service: ☐ Electronic  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)