# APPENDIX I
# LIST OF AMICI*

*All amici have signed on in an individual capacity, with institutional affiliation for identification purposes only.*

Evangeline Abriel
Clinical Professor of Law
Santa Clara Univ. School of Law

Susan Akram
Clinical Professor of Law
Director, International Human Rights
  Clinic
Boston University School of Law

Raquel Aldana
Professor of Law
U.C. Davis School of Law

Nadia Anguiano
Associate Clinical Professor of Law
University of Minnesota Law School

Sabrineh Ardalan
Clinical Professor of Law
Harvard Law School

Paulina Arnold
Assistant Professor
University of Michigan Law School

Lauren Aronson
Clinical Professor
Director, Immigration Law Clinic
University of Illinois College of Law

Ahilan Arulanantham
Professor from Practice
Co-Director, Center for Immigration
  Law and Policy
UCLA School of Law

Sameer Ashar
Clinical Professor of Law
U.C. Irvine School of Law

Sabrina Balgamwalla
Assistant Professor of Law
Wayne State Law School

Jon Bauer
Clinical Professor of Law
Richard D. Tulisano '69 Scholar
  In Human Rights
University of Connecticut
School of Law

Jacqueline Bhabha
Professor of the Practice of Health
and Human Rights
Harvard University

Kaci Bishop
Clinical Professor of Law
University of North Carolina
School of Law

1

Diana Blank
William R. Davis Clinical Teaching
　Fellow
University of Connecticut
School of Law

Matthew Boaz
Assistant Professor of Law
Univ. of Kentucky
J. David Rosenberg College of Law

Richard A. Boswell
Professor of Law
U.C. Law, San Francisco

Emily Brown
Assistant Clinical Professor of Law
The Ohio State University
Moritz College of Law

J. Anna Cabot
Assistant Dean of Clinical Programs
University of Houston Law Center

Kristina M. Campbell
Professor of Law
Rita G. & Norman L. Roberts Faculty
　Scholar
Director, Beatriz and Ed Schweitzer
　Border Justice Initiative
Gonzaga University School of Law

Stacy Caplow
Professor of Law
Brooklyn Law School

Jocelyn Cazares Willingham
Assistant Professor of Law
University of the District of Columbia
David A. Clarke School of Law

Jennifer Chacón
Bruce Tyson Mitchell Professor
　of Law
Stanford Law School

Gabriel Chin
Edward L. Barrett Jr. Chair
Martin Luther King Jr. Professor
　of Law
U.C. Davis School of Law

Marissa Cianciarulo
Dean and Professor of Law
Western State College of Law

Dree Collopy
Adjunct Professor
American University
Washington College of Law

Rose Cuison-Villazor
Professor of Law
Chancellor's Social Justice Scholar
Rutgers Law School

Lauren DesRosiers
Visiting Assistant Professor
Director, Immigration Law Clinic
Albany Law School

Richard Frankel
Professor of Law
Drexel University
Thomas R. Kline School of Law

Niels Frenzen
Sidney M. and Audrey M. Irmas
　Endowed
　Clinical Professor of Law
USC Gould School of Law

2

Maryellen Fullerton
Suzanne J. and Norman Miles
Professor of Law
Brooklyn Law School

Denise Gilman
Co-Director, Immigration Clinic
University of Texas School of Law

Valeria Gomez
Assistant Professor of Law
University of Baltimore
School of Law

Jennifer Gordon
Professor of Law
Fordham University School of Law

Lucas Guttentag
Professor of the Practice of Law
Stanford Law School
Martin R. Flug Lecturer in Law and
Senior Research Scholar in Law
Yale Law School

Lindsay M. Harris
Professor of Law
University of San Francisco
School of Law

Dina Francesca Haynes
Executive Director, Schell Center for
International Human Rights
Research Scholar in Law
Yale Law School

Mackenzie Heinrichs
Associate Professor of Law
University of Utah
S.J. Quinney College of Law

Laura A. Hernández
Professor of Law
Baylor Law School

Laila Hlass
Associate Professor of Law
Tulane Law School

Mary Holper
Clinical Professor of Law
Boston College Law School

Lauren Hughes
Assistant Clinical Professor of Law
Director, Immigrant Rights Clinic
Washington & Lee University
School of Law

Alan Hyde
Distinguished Professor Emeritus
Rutgers Law School

Kevin Johnson
Mabie/Apallas Professor of Public
Interest Law and Chicanx Studies
University of California, Davis

Elizabeth Jordan
Visiting Assistant Professor
Director, Immigration Law and Policy
  Clinic
University of Denver Sturm
College of Law

Daniel Kanstroom
Professor of Law
Boston College Law School

3

Elizabeth Keyes
Professor of Law
University of Baltimore
School of Law

Jennifer Koh
Associate Professor of Law
Pepperdine Caruso School of Law

Daniel M. Kowalski
Editor-in-Chief
Bender's Immigration Bulletin
  (LexisNexis)

Hiroko Kusuda
Clinical Professor
Loyola University New Orleans
College of Law

Jennifer Lee
Associate Professor of Law
Temple University
Beasley School of Law

Beth Lyon
Clinical Professor of Law
Cornell Law School

Alysia Maldan
Adjunct Professor of Law
New England Law | Boston
Northeastern Univ. School of Law

Lynn Marcus
Clinical Law Professor
University of Arizona
James E. Rogers College of Law

Peter Margulies
Professor of Law
Roger Williams University
School of Law

Fatma Marouf
Professor of Law
Texas A&M School of Law

Estelle McKee
Clinical Professor
Cornell Law School

Michelle McKinley
Bernard B. Kliks Professor of Law
University of Oregon School of Law

Jennifer Moore
Professor of Law
University of New Mexico
School of Law

Daniel Morales
Dwight Olds Chair in Law
University of Houston

Angela Morrison
Professor of Law
Texas A&M School of Law

Hiroshi Motomura
Susan Westerberg Prager
  Distinguished Professor of Law
UCLA School of Law

Elora Mukherjee
Jerome L. Greene Clinical Professor
  of Law
Columbia Law School

4

Karen Musalo
Professor of Law
UC Law San Francisco

Lindsay Nash
Associate Professor of Law
Benjamin N. Cardozo School of Law

Mauricio Noroña
Assistant Clinical Professor of Law
Touro University
Jacob D. Fuchsberg Law Center

John Palmer
Associate Professor
Dept. of Political and Social Sciences
Universitat Pompeu Fabra

Sarah Paoletti
Practice Professor of Law
University of Pennsylvania
Carey Law School

Reena Parikh
Assistant Clinical Professor
Boston College Law School

Helen Parsonage
Attorney at Law
North Carolina

Talia Peleg
Associate Professor of Law
Boston College Law School

Huyen Pham
University Distinguished Professor
Texas A&M School of Law

Nina Rabin
Clinical Professor of Law
UCLA School of Law

Jaya Ramji-Nogales
Professor of Law
Temple University
Beasley School of Law

Sarah Rogerson
Professor of Law
Albany Law School

Carrie Rosenbaum
Senior Fellow
Santa Clara University School of Law

Rachel Rosenbloom
Professor of Law
Northeastern University
School of Law

Faiza Sayed
Associate Professor of Law
Director, Safe Harbor Clinic
Brooklyn Law School

Erica Schommer
Clinical Professor of Law
St. Mary's University School of Law

Philip Schrag
Delaney Family Professor of
Public Interest Law
Georgetown University

Ragini Shah
Clinical Professor of Law
Suffolk University Law School

5

Rebecca Sharpless
Professor of Law
University of Miami School of Law

Sarah Sherman-Stokes
Clinical Associate Professor of Law
Boston University School of Law

Doug Smith
Lecturer
Brandeis University

Jayashri Srikantiah
Professor of Law
Director, Immigrants' Rights Clinic
Stanford Law School

Elissa Steglich
Clinical Professor of Law
University of Texas School of Law

Brett Stokes
Director, Center for Justice
 Reform Clinic
Vermont Law and Graduate School

Maureen Sweeney
Law School Professor
University of Maryland Carey
School of Law

David B. Thronson
Professor of Law
Michigan State University
College of Law

Veronica Thronson
Clinical Professor of Law
Michigan State University
College of Law

Enid Trucios-Haynes
Professor of Law
Brandeis School of Law
University of Louisville

Tania N. Valdez
Associate Professor of Law
George Washington University
Law School

Sheila Velez Martinez
Jack and Lovell Olender Professor
 of Asylum Refugee and
 Immigration Law
Univ. of Pittsburgh School of Law

Paulina Vera
Director, Immigration Clinic
George Washington Law School

Leti Volpp
Robert D. and Leslie Kay Raven
Professor of Law
U.C. Berkeley

Jonathan Weinberg
Distinguished Professor of Law
Wayne State University

Deborah M. Weissman
Reef C. Ivey II Distinguished
Professor of Law
University of North Carolina
School of Law

Anna Welch
Professor of Law
University of Maine School of Law

6

Virgil Wiebe
Professor of Law
University of St. Thomas
School of Law

John Wilshire
Senior Clinical Instructor
Assistant Director
Harvard Immigration & Clinic
Harvard Law School

Amelia Wilson
Assistant Clinical Professor
Director, Immigration Justice Clinic
Elisabeth Haub School of Law
Pace University

Michael Wishnie
William O. Douglas Clinical
 Professor of Law
Yale Law School

Stephen Yale-Loehr
Retired Professor of Immigration Law
 Practice
Cornell Law School

Elliott Young
Professor of History
Lewis & Clark College

Sara Zampierin
Clinical Associate Professor of Law
Director, Civil Rights Clinic
Texas A&M School of Law

7