## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Mohsen Mahdawi v. Donald J. Trump        Docket No.: 25-1113

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Elora Mukherjee

Firm: Morningside Heights Legal Services, Inc.

Address: 435 W. 116th Street

Telephone: 212-854-4291        Fax: 212-854-3554

E-mail: emukherjee@law.columbia.edu

Appearance for: IMMIGRATION LAWYERS, LAW PROFESSORS, AND SCHOLARS
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: IMMIGRATION LAWYERS, LAW PROFESSORS, AND SCHOLARS AS AMICI CURIAE IN SUPPORT OF PETITIONER-APPELLEE )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on April 25, 2025        OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Elora Mukherjee

Type or Print Name: Elora Mukherjee