BELDOCK LEVINE & HOFFMAN LLP
99 PARK AVENUE, PH/26TH FLOOR

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

February 3, 2026

**VIA ACMS**
Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  **No. 25-1113, *Mahdawi v. Trump, et al*., Fed. R. App. P. 28(j) Letter regarding *Khalil v. President, United States*, No. 25-2162 & 25-2357, -- F.4th-- , 2026 WL 111933 (3d Cir. Jan. 15, 2026)**

Dear Ms. Wolfe,

Petitioner-Appellee writes in agreement with Petitioner-Appellee's February 2 letter in *Öztürk v. Hyde*, No. 25-1019, and to emphasize two points about the Third Circuit's *Khalil* majority opinion.

First, because the decision to detain requires an additional determination of flight risk or danger separate from the existence of a removal proceeding, the question of whether a person may be validly detained is never subsumed by the question of whether the person may be validly removed. Thus, even if the *Khalil* majority is correct that "now or never" claims are only those that "raise legal or factual questions that cannot later be reviewed via a PFR" (and not those that raise "an injury that cannot be remedied later through a PFR"), 2026 WL 111933, at *9—and Petitioner submits that the majority is wrong—claims challenging unlawful detention cannot be addressed on a PFR and are thus not barred by Section 1252(b)(9). There is no basis in the INA to deprive a habeas court of

jurisdiction over a detention challenge simply because the government's actions are so egregious that they may render both detention and removal unlawful for similar reasons. That result would be anathema to the Great Writ. *See* Pet. Br. 38 n.16.

Second, the *Khalil* majority's assertion that Section 1252(b)(9) bars a distinct Fifth Amendment challenge (like Mr. Mahdawi's, Pet., No. 25-CV-389 (D. Vt. Apr. 14, 2025), ECF 1) to unlawful detention as a "repackage[d]" First Amendment claim that could be brought against removal on a PFR, *see* 2026 WL 111933, at *11, is both underexplained and wrong under the majority's own reasoning. A substantive due process *detention* claim raises different factual and legal questions than those raised by a First Amendment *removal* claim. To hold otherwise would give federal immigration officials carte blanche to arrest noncitizens on the basis of protected speech, or for any other pretextual reason, with no federal court review of the government's justification for immigration detention for months or years, on the theory that a court might someday invalidate a future removal order on a similar basis.

Sincerely,

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Nathan Freed Wessler
Brett Max Kaufman
Brian Hauss
Esha Bhandari
Noor Zafar
Sidra Mahfooz
125 Broad Street, 18th Floor
New York, NY 10004
P: (212) 549-2500
nwessler@aclu.org

**CLEAR Project**
**Main Street Legal Services, Inc.**
Naz Ahmad
Mudassar Hayat Toppa
Shezza Abboushi Dallal
CUNY School of Law
2 Court Square, 5th Floor
Long Island City, NY 11101
Tel.: (718) 340-4630
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu
shezza.dallal@law.cuny.edu

**ACLU FOUNDATION OF VERMONT**
Lia Ernst
Monica H. Allard
Hillary A. Rich
P.O. Box 277
Montpelier, VT 05601
P: (802) 223-6304
lernst@acluvt.org

**BELDOCK LEVINE & HOFFMAN LLP**
Luna Droubi
Matthew Melewski
Keegan Stephan
99 Park Avenue, PH/26th Floor
New York, New York 10016
P: (212) 277-5875
F: (212) 277-5880
ldroubi@blhny.com

**MARTIN DELANEY & RICCI LAW GROUP**
Andrew Delaney
100 North Main Street
Barre, Vermont 05641
andrew@mdrvt.com
P: 802-479-0568

**CYRUS D. MEHTA & PARTNERS PLLC**
Cyrus D. Mehta
David A. Isaacson
One Battery Park Plaza, 9th Floor
New York, New York 10004
P: 212-425-0555
F: 212-425-3282

*Counsel for Petitioner-Appellee*