BELDOCK LEVINE & HOFFMAN LLP
99 PARK AVENUE, PH/26TH FLOOR

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

March 16, 2026

**VIA ACMS**

Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: **No. 25-1113, *Mahdawi v. Trump, et al.*, Fed. R. App. P. 28(j) Letter Regarding Petitioner's Removal Proceedings**

Dear Ms. Wolfe:

Petitioner-Appellee Mohsen Mahdawi submits this Rule 28(j) letter to advise the Court of further developments in his immigration proceedings. As Mr. Mahdawi previously informed the Court, last month the immigration court terminated removal proceedings against Mr. Mahdawi without prejudice. *See* Dkt. No. 226. On February 25, 2026, the Department of Homeland Security filed an appeal of this ruling to the Board of Immigration Appeals (BIA). Attached to this letter is a copy of the receipt showing filing of the government's appeal, with minimal redactions to protect Mr. Mahdawi's privacy.

On March 13, 2026, Mr. Mahdawi filed a cross-appeal to the BIA, on the basis that the immigration court should have terminated removal proceedings *with* prejudice. A filing receipt from the BIA is not yet available for the cross-appeal.

The filing of appeals to the BIA further illustrates that the termination of Mr. Mahdawi's removal proceeding does not moot his habeas case. Without habeas

jurisdiction and the bail order that is currently in place, the government's appeal to the BIA would again subject Mr. Mahdawi to redetention. *See* 8 C.F.R. § l003.6(a). For that reason, he continues to suffer the threat of continuing "now-or-never" First and Fifth Amendment harms. Br. in Opp. 36-37.

       Sincerely,

       /s/*Luna Droubi*
       Luna Droubi

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Nathan Freed Wessler
Brett Max Kaufman
Brian Hauss
Esha Bhandari
Noor Zafar
Sidra Mahfooz
Michael Tan
125 Broad Street, 18th Floor
New York, NY 10004
P: (212) 549-2500
nwessler@aclu.org

**CLEAR Project**
**Main Street Legal Services, Inc.**
Naz Ahmad
Mudassar Hayat Toppa
Shezza Abboushi Dallal
CUNY School of Law
2 Court Square, 5th Floor
Long Island City, NY 11101
Tel.: (718) 340-4630
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu
shezza.dallal@law.cuny.edu

**ACLU FOUNDATION OF VERMONT**
Lia Ernst
Monica H. Allard
Hillary A. Rich
P.O. Box 277
Montpelier, VT 05601
P: (802) 223-6304
lernst@acluvt.org

**BELDOCK LEVINE & HOFFMAN LLP**
Luna Droubi
Matthew Melewski
Tala Alfoqaha
Keegan Stephan
99 Park Avenue, PH/26th Floor
New York, New York 10016
P: (212) 277-5875
F: (212) 277-5880
ldroubi@blhny.com

| | |
|---|---|
| **MARTIN DELANEY & RICCI LAW GROUP** <br> Andrew Delaney <br> 100 North Main Street <br> Barre, Vermont 05641 <br> andrew@mdrvt.com <br> P: 802-479-0568 | **CYRUS D. MEHTA & PARTNERS PLLC** <br> Cyrus D. Mehta <br> David A. Isaacson <br> One Battery Park Plaza, 9th Floor <br> New York, New York 10004 <br> cm@cyrusmehta.com <br> disaacson@cyrusmehta.com <br> P: 212-425-0555 <br> F: 212-425-3282 |

*Counsel for Petitioner-Appellee*



**UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
BOARD OF IMMIGRATION APPEALS**

MAHDAWI, MOHSEN KHADER

DHS/ICE OFFICE OF CHIEF
COUNSEL - CHE
P.O. BOX 8728
BOSTON, MA 02114

Name:
MAHDAWI, MOHSEN KHADER

Riders:

Date of Notice: 02/26/2026

### FILING RECEIPT FOR APPEAL OR MOTION

The Board of Immigration Appeals (Board or BIA) acknowledges receipt of the appeal or motion and fee or fee waiver request (where applicable) on 02/25/2026, in the above-referenced case, filed by the Department

Additional Comments
N/A

### WARNING FOR APPEALS:

**Departure.** If you leave the United States after filing this appeal but before the Board issues a decision, your appeal may be considered withdrawn and the Immigration Judge's decision will become final as if no appeal had been taken (unless you are an "arriving alien" as defined in the regulations under 8 C.F.R. § 1001.1(q)).

**Proof of posting voluntary departure bond.** If you have been granted voluntary departure by the Immigration Judge, you must submit proof of having posted the voluntary departure bond set by the Immigration Judge to the Board. Your submission of proof must be provided to the Board within 30 days of filing this appeal. If you do not timely submit proof to the Board that the voluntary departure bond has been posted, the Board cannot reinstate the period of voluntary departure. 8 C.F.R. § 1240.2(c)(3)(ii).

**Autostay Bond Appeals.** Please note that the automatic stay will expire 90 days from the date of receipt of the DHS' appeal. 8 C.F.R. § 1003.6(c)(3). If the Board grants the respondent's request for additional briefing time, then the 90-day automatic stay period will be tolled for the same number of days. 8 C.F.R. § 1003.6(c)(4).

**Form EOIR-27.** If the appeal was filed by DHS and the respondent/applicant wishes to be represented by an attorney or accredited representative in these new proceedings, counsel must complete a new Form EOIR-27 (Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals). Unless a Form EOIR-27 is received from counsel, the respondent/applicant will be considered pro se before the Board and all future notices, including the Board's decision, will be sent directly to the respondent/applicant and not to counsel.

## WARNING FOR MOTIONS:

**Stay of removal.** Filing a motion with the Board does not automatically stop the DHS from executing an order of removal. If the respondent/applicant is in DHS detention and is about to be removed, you may request the Board to stay the removal on an emergency basis. For more information, call the Clerk's Office at (703) 605-1007.

**Form EOIR-27.** If the motion was filed by DHS and the respondent/applicant wishes to be represented by an attorney or accredited representative in these new proceedings, counsel must complete a new Form EOIR-27 (Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals). Unless a Form EOIR-27 is received from counsel, the respondent/applicant will be considered pro se before the Board and all future notices, including the Board's decision, will be sent directly to the respondent/applicant and not to counsel.

**FILING INSTRUCTIONS:**

If you have any questions about how to file something at the Board, please review the Board's Practice Manual which is available on EOIR's website at www.justice.gov/eoir.

Accepted by: TovarGuG

CC

MEHTA, CYRUS
ONE BATTERY PARK PLAZA
9th FLOOR
NEW YORK, NEW YORK 10004