

**U.S. Department of Justice**
Civil Division

May 8, 2026

**VIA ACMS**

Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Mahdawi v. Trump, et al.*, No. 25-1113
      FRAP 28(j) Letter re: Petitioner-Appellee's Removal Proceedings

Dear Ms. Wolfe:

We write to respond to Petitioner-Appellee Mahdawi's 28(j) letter regarding his removal proceedings.

On February 13, 2026, an immigration judge (IJ) granted Mahdawi's motion to terminate removal proceedings.  Both DHS and Mahdawi appealed to the Board of Immigration Appeals (BIA).  On April 29, 2026, the BIA sustained DHS's appeal, reinstated Mahdawi's removal proceedings, and remanded the record for further proceedings and the issuance of a new decision regarding any application for relief.

Mahdawi's claim that he is entitled to federal habeas review now continues to be without merit.  *See* Mahdawi 28(j) Letter (May 5, 2026), at 2.  As the Government has argued, Mahdawi's claims challenge both his removability and detention and thus are inextricably intertwined with his removal proceedings, so multiple provisions of the INA withdraw jurisdiction over his claims here.  *See* Appellant Br. 28-39; Appellant Reply Br. 15-25.  Mahdawi therefore must pursue these challenges through the petition-for-review process upon receiving a final order of removal.  Like the *Khalil* court, this Court should vacate and remand the case with instructions to dismiss Mahdawi's habeas petition for lack of jurisdiction.  *See* ECF No. 219, Gov't's FRAP 28(j) Letter re *Khalil v. President of the United States*, 164 F.4th 259 (3d Cir. 2026).

1

Sincerely,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

*/s/ Tyler J. Becker*
TYLER J. BECKER
Counsel to the Assistant Attorney
General
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave. NW
Washington, DC 20530
Tel: (202) 514-4052
tyler.becker@usdoj.gov

ALANNA T. DUONG
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division

CC:  **via ACMS**:  Petitioner's Counsels

2