# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of July, two thousand twenty-six.

Before:  Debra Ann Livingston,
      *Circuit Judge.*

---

Mohsen Mahdawi,

    Petitioner - Appellee,       **ORDER**

  v.              Docket No. 25-1113

Donald J. Trump, in his official capacity as President of the United States, Patricia Hyde, in her official capacity as Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, J Doe, in official capacity as Vermont Sub-Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, Kristi Noem, in her official capacity as Secretary of The United States Department of Homeland Security, Marco A. Rubio, in his official capacity as Secretary of State, Pamela Bondi, in her official capacity as U.S. Attorney General,

    Respondents - Appellants.

---

Amici, a group of 26 Israeli citizens in the United States, seek leave for six of their members to proceed pseudonymously.

IT IS HEREBY ORDERED that the motion (Dkt. 175) is GRANTED.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

