# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of July, two thousand twenty-six.

Before:      Debra Ann Livingston,
                 William J. Nardini,
                 Steven J. Menashi,
                    *Circuit Judges*.

_____

Mohsen Mahdawi,

          Petitioner - Appellee,

    v.

Donald J. Trump, in his official capacity as President of the United States, David T. Wesling, in his official capacity as Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, J Doe, in official capacity as Vermont Sub-Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, David J. Venturella, in his official capacity as Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement, Markwayne Mullin, in his official capacity as Secretary of The United States Department of Homeland Security, Marco A. Rubio, in his official capacity as Secretary of State, Todd Blanche, in his official capacity as Acting U.S. Attorney General,

          Respondents - Appellants.*

_____

**JUDGMENT**

Docket No. 25-1113

The appeal in the above captioned case from an order of the United States District Court for the District of Vermont was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's order is VACATED, and the case is REMANDED for the district court to dismiss Mahdawi's habeas petition for lack of jurisdiction.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

_____

\* Mahdawi filed his habeas petition against Patricia Hyde in her official capacity as Acting Boston Field Office Director for U.S. Immigration and Customs Enforcement's Enforcement and Removal Operations, and against Todd Lyons in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement. David T. Wesling is the current Acting Field Office Director, and David J. Venturella is the current Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement, and they are automatically substituted as parties under Federal Rule of Appellate Procedure 43(c)(2).