# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of August, two thousand twenty-six.

Before: William J. Nardini,
*Circuit Judge.*

---

Mohsen Mahdawi,

Petitioner - Appellee,

v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

Respondents - Appellants.

---

**ORDER**

Docket No. 25-1113

Appellee moves for leave to file an oversized petition for rehearing or rehearing en banc of up to 8,000 words. The Appellants oppose the motion.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES
SECOND CIRCUIT
COURT OF APPEALS

Catherine O'Hagan Wolfe