**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: September 1, 2026
Docket #: 25-1606
Short Title: Arrowhead Capital Finance, Ltd. v. Seven Arts Entertainment, Inc.

DC Docket #: 1:14-cv-6512
DC Court: SDNY (NEW YORK CITY)
DC Judge: Katherine P. Failla

**AMENDED CAPTION NOTICE**

As noted on the docket sheet, the caption has been changed.

Inquiries regarding this case may be directed to 212-857-8522.