25-1113
*Mahdawi v. Trump*

# United States Court of Appeals
FOR THE
**SECOND CIRCUIT**

**ORDER**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of September, two thousand twenty-six.

---

Mohsen Mahdawi,

*Petitioner-Appellee*,

v. 25-1113

Donald J. Trump, in his official capacity as President of the United States, David T. Wesling, in his official capacity as Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, J Doe, in official capacity as Vermont Sub-Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, David J. Venturella, in his official capacity as Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement, Markwayne Mullin, in his official capacity as Secretary of The United States Department of Homeland Security, Marco A. Rubio, in his official capacity as Secretary of State, Todd Blanche, in his official capacity as U.S. Attorney General,

*Respondents-Appellants*.

---

Pursuant to the Order filed September 3, 2026, appellants' brief and appendix shall be filed by October 14, 2026. Appellee's brief and appendix shall be filed by November 13, 2026. Appellants' reply brief shall by filed by November 23, 2026. We invite amicus curiae briefs from interested parties. Any amicus curiae briefs shall be filed by November 13, 2026.

The parties are instructed to brief the following question: Did the district court err in granting the Petitioner's release?

Oral argument will be held on December 16, 2026, at 2:00 P.M. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk