# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Mahdawi v. Trump, et al. Docket No.: No. 25-1113-CV

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Alina Das

Firm: Washington Square Legal Services, Inc.

Address: 245 Sullivan Street, 5th Fl. New York, NY 10012

Telephone: 212-998-6430 Fax: 212-998-4031

E-mail: alina.das@nyu.edu

**Appearance for:** see attached
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ______________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______________________)
(name/firm)

☐ Additional counsel (co-counsel with: ______________________)
(name/firm)

☑ Amicus (in support of: Petitioner-Appellee Mahdawi)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 11/13/2026 OR

☐ I applied for admission on ______________________.

Signature of Counsel: /s/ Alina Das

Type or Print Name: Alina Das

*Amici Curiae* Legal Service Organizations and Law Clinics:

Immigrant Rights Clinic of Washington Square Legal Services, Inc., the Bronx Defenders, Brooklyn Defender Services, the Legal Aid Society, Kathryn O. Greenberg Immigration Justice Clinic at the Benjamin N. Cardozo School of Law, Make the Road New York, Neighborhood Defender Service of Harlem, New York Legal Assistance Group, Prisoners' Legal Services of New York, and UnLocal, Inc.